United States District Court
WESTERN DISTRICT OF NEW YORK

BRYAN JOSE BLANCO CARRERO

v.

JAMES BAUSCH, ET AL

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-CV-1423

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition for Writ of Habeas Corpus is granted.

Date: August 18, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/Colin J.
Deputy Clerk